reinstated. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ABRAHAM HANTMAN, Respondent, v. CLIFFORD LEP. TOSTEVIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

BLANCHE BERNERON, Respondent, v. SAMUEL SCHUCKMAN, Also Known as L. S. SCHUCKMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

ACME WOOD CARPET FLOORING COMPANY, Respondent, v. J. NORMAN BRADDOCK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

JOSEPH J. LEE, Respondent, v. HAMILTON FIRE INSURANCE COMPANY, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ. [130 Misc. 165.]

MILL FACTORS CORPORATION, Respondent, v. LOUIS LAHN, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

EDWARD LIVINGSTON, an Infant, etc., Respondent, v. JAMES H. ROANE, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

C. B. OVERBAUGH & CO., INC., Appellant, v. BANCO NACIONAL, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

SAMUEL BERNSTEIN, Respondent, v. MACVEADY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE UNITED NATIONAL BANK IN NEW YORK, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LOUIS RADER, Respondent, v. CAMP HUNTINGTON, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

E. H. STAFFORD MANUFACTURING COMPANY, Respondent, v. SCHENECTADY STRAND THEATRE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

E. H. STAFFORD MANUFACTURING COMPANY, Respondent, v. SCHENECTADY STRAND THEATRE CORPORATION, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

PEARL WANK, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event unless plaintiff stipulates to reduce the judgment as entered to the sum of $4,659.10; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

PAUL SCHLEH, Appellant, v. JOSEPH ENGEL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.